Michael A. Francis (SNB 128216)
Brian D. Langa (SBN 199522)
**DEMETRIOU, DEL GUERCIO, SPRINGER & FRANCIS, LLP**
801 South Grand Avenue, 10th Floor
Los Angeles, California 90017-4613
Tel: (213) 624-8407; Fax: (213) 624-0174

Attorneys for Group of 10 Settling Defendants
Liaison Counsel

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SAN GABRIEL BASIN WATER QUALITY AUTHORITY,<br><br>             Plaintiff,<br><br>     vs.<br><br>AEROJET-GENERAL CORPORATION, et al.,<br><br>             Defendants | **CASE NO. CV 02-4565 ABC (RCx)**<br><br>**FINAL JUDGMENT BARRING CLAIMS AND DISMISSING WITH PREJUDICE THE GROUP OF 10 THIRD PARTY DEFENDANTS**<br><br>**[Fed. R. Civ. Proc. 54(b) And 58]**<br><br>Master Third Party Complaint Filed: July 9, 2004<br>Trial Date: None<br>Judge: Hon. Audrey B. Collins<br><br>Date: June 23, 2008<br>Time: 10:00 a.m.<br>Dept.: 680 |
| AEROJET-GENERAL CORPORATION, et al.<br><br>             Third Party Plaintiffs/ Counterclaimants,<br><br>     v.<br><br>SAN GABRIEL VALLEY WATER COMPANY, et al.,<br><br>             Third Party Defendants/ Counterdefendants. | |
| SAN GABRIEL VALLEY WATER COMPANY,<br><br>             Plaintiff, | **Case No. CV-02-6345 ABC (RCx)** |

- 1 -

| | |
|---|---|
| v.<br><br>AEROJET-GENERAL CORPORATION, et al.<br><br>          Defendants.<br><br>AEROJET-GENERAL CORPORATION, et al.<br><br>          Third Party Plaintiffs/<br>          Counterclaimants,<br><br>v.<br><br>SAN GABRIEL VALLEY WATER COMPANY, et al.<br><br>          Third Party Defendants/<br>          Counterdefendants. | |
| SOUTHERN CALIFORNIA WATER COMPANY,<br><br>          Plaintiff,<br><br>v.<br><br>AEROJET-GENERAL CORPORATION, et al.<br><br>          Defendants.<br><br>AEROJET-GENERAL CORPORATION, et al.<br><br>          Third Party Plaintiffs/<br>          Counterclaimants.<br><br>v.<br><br>SAN GABRIEL VALLEY WATER COMPANY, et al. | **Case No. CV-02-6340 ABC (RCx)** |

[PROPOSED] FINAL JUDGMENT BARRING CLAIMS AND DISMISSING WITH PREJUDICE THE GROUP OF 10 THIRD PARTY DEFENDANTS

| | |
|---|---|
| Third Party Defendants/ Counterdefendants. | |
| CITY OF MONTEREY PARK, | Case No. CV-02-5909 ABC (RXc) |
| Plaintiff, | |
| v. | |
| AEROJET-GENERAL CORPORATION, et al., | |
| Defendants. | |
| AEROJET-GENERAL CORPORATION, et al., | |
| Third Party Plaintiffs/ Counterclaimants. | |
| v. | |
| SAN GABRIEL VALLEY WATER COMPANY, et al. | |
| Third Party Defendants/ Countdefendants. | |

This action came on for hearing before the Court, on August 18, 2008, the Honorable Audrey B. Collins, District Judge Presiding, on a Motion For Entry of Order Approving Settlement; Order Of Dismissal and Final Judgment; and Bar Order ("Motion") brought by: James Andruss as Trustee of the Andruss Family Trust and James Andruss as Trustee of the Survivor's Trust UDT, dated September 22, 1987 (collectively, "Andruss"); APW North America Inc. formerly known as Zero Corporation, erroneously sued as APW North American, Inc. f/k/a Zero Corporation, and Electronic Solutions (collectively "Electronic Solutions"); Cardco, and Cardinal Industrial Finishes (collectively, "Cardinal"); Eemus Manufacturing Corp.

- 3 -

1  ("Eemus"); International Medication Systems, Ltd. ("IMS"); Baerbel Janneberg as
2  Trustee of the Janneberg Trusts, f/k/a Servex Corp. ("Janneberg"); Gloria Jebbia as
3  Trustee of the Norf James Jebbia Testamentary Trust ("Jebbia"); Roc-Aire Corp.
4  ("Roc-Aire"); Smittybilt, Inc. ("Smittybilt"); and Southern California Edison ("SCE")
5  (collectively, "Group of 10 Settling Defendants" or "G10 Defendants"), and the
6  evidence presented having been fully considered, the issues having duly heard, and a
7  decision having been duly rendered,
8      IT IS ORDERED AND ADJUDGED that any and all claims asserted against
9  the G10 Defendants, and each of them, in the *SEMOU Cases*, which is comprised of
10  the following actions: *San Gabriel Basin Water Quality Authority. v. Aerojet-*
11  *General Corporation, et al.,* USDC, Central District of California, Case No. CV 02-
12  4565 ABC (RCx); *San Gabriel Valley Water Company. v. Aerojet-General*
13  *Corporation, et al.,* USDC, Central District of California, Case No. CV-02-6346
14  ABC (RCx); *Southern California Water Company v. Aerojet-General Corporation, et*
15  *al.,* USDC, Central District of California, Case No. CV-02-6340 ABC (RCx); and
16  *City of Monterey Park v. Aerojet-General Corporation, et al.,* USDC, Central District
17  of California, Case No. CV-02-5909 ABC (RCx), are hereby dismissed with
18  prejudice.
19      IT IS FURTHER ORDERED AND ADJUDGED that any and all past, present,
20  or future claims by potentially responsible parties or joint tortfeasors or co-obligors
21  against any or all of the G10 Defendants for contribution, equitable comparative
22  contribution, cost recovery, or full, partial, or comparative indemnity, arising out of
23  or relating to, or in connection with, the matters addressed in the settlement between
24  the Plaintiffs herein and the G10 Defendants, which agreement is entitled the
25  ///
26  ///
27  ///
28  ///

[PROPOSED] FINAL JUDGMENT BARRING CLAIMS AND DISMISSING WITH PREJUDICE
THE GROUP OF 10 THIRD PARTY DEFENDANTS

Agreement Among Certain Water Entities and Certain SEMOU Cooperating Parties and is attached as Exhibit F to the Declaration of Brian D. Langa submitted in support of the Motion, or the matters asserted in the *SEMOU Cases*, regardless of when such claims are asserted, are barred.

DATED: 8/20/08                    By *Audrey B. Collins*

                                                            Honorable Audrey B. Collins
                                                            United States District Judge