lodged proposed order

FILED 2011 MAY -3 AM 11:45 CLERK U.S. DISTRICT COURT CENTRAL DIST. OF CALIF. LOS ANGELES

1  IGNACIA S. MORENO
   Assistant Attorney General
2  Environmental & Natural Resources Division
   LORI JONAS
3  GABRIEL ALLEN
   E-mail: Lori.Jonas@usdoj.gov
4           Gabriel.Allen@usdoj.gov
   Environmental Enforcement Section
5  Environmental & Natural Resources Division
   United States Department of Justice
6  P.O. Box 7611, Washington, D.C. 20044-7611
   Telephone: (202) 514-4080
7  Attorneys for Plaintiff United States of America

8  EDMUND G. BROWN Jr.
   Attorney General of the State of California
9  J. MATTHEW RODRIGUEZ
   Chief Assistant Attorney General
10 KEN ALEX
   Senior Assistant Attorney General
11 DON ROBINSON
   Supervising Deputy Attorney General
12 ANN RUSHTON State Bar No. 62597
   E-mail: Ann.Rushton@doj.ca.gov
13 Deputy Attorney General
   300 South Spring Street, Suite 1702
14 Los Angeles, CA 90013
   Telephone: (213) 897-2608; Fax: (213) 897-2802
15 Attorneys for Plaintiff Department of Toxic Substances Control

16              UNITED STATES DISTRICT COURT
                CENTRAL DISTRICT OF CALIFORNIA
17                     WESTERN DIVISION

18 | SAN GABRIEL BASIN WATER          | No. CV 02-04565-ABC-RC
   | QUALITY AUTHORITY,               |
19 |                                  |
   |          Plaintiff,              | **UNITED STATES' REQUEST**
20 |                                  | **FOR SERVICE AND NOTICE**
   |     v.                           | **OF ADDITION OF COUNSEL**
21 |                                  | **OF RECORD**
   | AEROJET-GENERAL CORPORATION,     |
22 | et al.,                          |
   |                                  |
23 |          Defendants.             |

24

25 **UNITED STATES' REQUEST FOR SERVICE AND NOTICE OF**

26 **ADDITION OF COUNSEL**

27     The United States submits this Notice requesting that from this day forward

28 service be sent via facsimile or e-mail to the additional attorneys listed below.

1. By Order of this Court in <u>United States v. Seachrome Corporation, et al.</u>, Civil Case No. 2:11-cv-00382-ABC-JC, on March 28, 2011, Docket Entry #14, the <u>Seachrome</u> case was consolidated into this lead case and all future filings for <u>Seachrome</u> were to be made in this lead case. The United States submits this Notice advising the Court that Lori Jonas and Gabriel Allen are entering their appearance as attorneys of record for the United States and its client, the United States Environmental Protection Agency. The United States respectfully requests that these attorneys, at the address below, be included in service of all future notices and orders.

Lori Jonas
Email: Lori.Jonas@usdoj.gov
U.S. Department of Justice
Environmental Enforcement Section
Environment and Natural Resources Division
Post Office Box 7611
Ben Franklin Station
Washington, DC 20044
Telephone: (202) 514-4080

Gabriel Allen
Email: Gabriel.Allen@usdoj.gov
U.S. Department of Justice
Environmental Enforcement Section
Environment and Natural Resources Division
Post Office Box 7611
Ben Franklin Station
Washington, DC 20044
Telephone: (202) 514-1032

Facsimile: (202) 514-2583

Respectfully submitted,

Lori Jonas
Environmental Enforcement Section
United States Department of Justice
P.O. Box 7611
Washington, D.C. 20044-7611
Telephone: (202) 514-4080

Facsimile: (202) 514-2583
E-Mail: Lori.Jonas@usdoj.gov