Michael A. Francis (SNB 128216)
Brian D. Langa (SBN 199522)
**DEMETRIOU, DEL GUERCIO, SPRINGER & FRANCIS, LLP**
801 South Grand Avenue, 10th Floor
Los Angeles, California 90017-4613
Tel: (213) 624-8407; Fax: (213) 624-0174

Attorneys for Group of 10 Settling Defendants
Liaison Counsel

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAN GABRIEL BASIN WATER QUALITY AUTHORITY, | **CASE NO. CV 02-4565 ABC (RCx)** |
| Plaintiff, | [~~PROPOSED~~] **FINAL JUDGMENT BARRING CLAIMS AND DISMISSING WITH PREJUDICE THE GROUP OF 10 THIRD PARTY DEFENDANTS** |
| vs. | |
| AEROJET-GENERAL CORPORATION, et al., | **[Fed. R. Civ. Proc. 54(b) And 58]** |
| Defendants | Master Third Party Complaint Filed: July 9, 2004
Trial Date: None
Judge: Hon. Audrey B. Collins |
| AEROJET-GENERAL CORPORATION, et al. | Date: June 20, 2011
Time: 10:00 a.m.
Dept.: 680 |
| Third Party Plaintiffs/ Counterclaimants, | |
| v. | |
| SAN GABRIEL VALLEY WATER COMPANY, et al., | |
| Third Party Defendants/ Counterdefendants. | |
| SAN GABRIEL VALLEY WATER COMPANY, | **Case No. CV-02-6345 ABC (RCx)** |
| Plaintiff, | |

|   |   |   |
|---|---|---|
| v. | | |
| AEROJET-GENERAL CORPORATION, et al. | | |
| | Defendants. | |
| AEROJET-GENERAL CORPORATION, et al. | | |
| | Third Party Plaintiffs/ Counterclaimants, | |
| v. | | |
| SAN GABRIEL VALLEY WATER COMPANY, et al. | | |
| | Third Party Defendants/ Counterdefendants. | |
| SOUTHERN CALIFORNIA WATER COMPANY, | | **Case No. CV-02-6340 ABC (RCx)** |
| | Plaintiff, | |
| v. | | |
| AEROJET-GENERAL CORPORATION, et al. | | |
| | Defendants. | |
| AEROJET-GENERAL CORPORATION, et al. | | |
| | Third Party Plaintiffs/ Counterclaimants. | |
| v. | | |
| SAN GABRIEL VALLEY WATER COMPANY, et al. | | |

|     |                              |                              |
| --- | ---------------------------- | ---------------------------- |
| 1   | Third Party Defendants/ Counterdefendants. |  |
| 2   |                              |                              |
| 3   | CITY OF MONTEREY PARK,       | Case No. CV-02-5909 ABC (RXc) |
| 4   | Plaintiff,                   |                              |
| 5   | v.                           |                              |
| 6   | AEROJET-GENERAL CORPORATION, et al., |                     |
| 7   |                              |                              |
| 8   | Defendants.                  |                              |
| 9   | AEROJET-GENERAL CORPORATION, et al., |                     |
| 10  |                              |                              |
| 11  |                              |                              |
| 12  | Third Party Plaintiffs/ Counterclaimants. |              |
| 13  |                              |                              |
| 14  | v.                           |                              |
| 15  | SAN GABRIEL VALLEY WATER COMPANY, et al. |               |
| 16  |                              |                              |
| 17  | Third Party Defendants/ Countdefendants. |               |
| 18  |                              |                              |

This action came on for hearing before the Court, on June 20, 2011, the Honorable Audrey B. Collins, District Judge Presiding, on a Renewed Motion For Entry of Order Approving Settlement; Order Of Dismissal and Final Judgment; and Bar Order ("Motion") brought by: James Andruss as Trustee of the Andruss Family Trust and James Andruss as Trustee of the Survivor's Trust UDT, dated September 22, 1987 (collectively, "Andruss"); APW North America Inc. formerly known as Zero Corporation, erroneously sued as APW North American, Inc. f/k/a Zero Corporation, and Electronic Solutions (collectively "Electronic Solutions"); Cardco, and Cardinal Industrial Finishes (collectively, "Cardinal"); Eemus Manufacturing Corp. ("Eemus"); International Medication Systems, Ltd. ("IMS"); Baerbel

Janneberg as Trustee of the Janneberg Trusts, f/k/a Servex Corp. ("Janneberg"); Gloria Jebbia as Trustee of the Norf James Jebbia Testamentary Trust ("Jebbia"); Roc-Aire Corp. ("Roc-Aire"); Smittybilt, Inc. ("Smittybilt"); and Southern California Edison ("SCE") (collectively, "Group of 10 Settling Defendants" or "G10 Defendants"), and the evidence presented having been fully considered, the issues having duly heard, and a decision having been duly rendered,

IT IS ORDERED AND ADJUDGED that any and all claims asserted against the G10 Defendants, and each of them, in the *SEMOU Cases*, which is comprised of the following actions: *San Gabriel Basin Water Quality Authority. v. Aerojet-General Corporation, et al.,* USDC, Central District of California, Case No. CV 02-4565 ABC (RCx); *San Gabriel Valley Water Company. v. Aerojet-General Corporation, et al.,* USDC, Central District of California, Case No. CV-02-6346 ABC (RCx); *Southern California Water Company v. Aerojet-General Corporation, et al.,* USDC, Central District of California, Case No. CV-02-6340 ABC (RCx); and *City of Monterey Park v. Aerojet-General Corporation, et al.,* USDC, Central District of California, Case No. CV-02-5909 ABC (RCx), are hereby dismissed with prejudice.

IT IS FURTHER ORDERED AND ADJUDGED that any and all past, present, or future claims by potentially responsible parties or joint tortfeasors or co-obligors against any or all of the G10 Defendants for contribution, equitable comparative contribution, cost recovery, or full, partial, or comparative indemnity, arising out of or relating to, or in connection with, the matters addressed in the settlement between the Plaintiffs herein and the G10 Defendants, which agreement is entitled the Agreement Among Certain Water Entities and Certain SEMOU Cooperating Parties

///
///
///
///

and is attached as Exhibit F to the Declaration of Brian D. Langa submitted in support of the Motion, or the matters asserted in the *SEMOU Cases*, regardless of when such claims are asserted, are barred.

DATED: June 20, 2011          By _____*Audrey B. Collins*_____

                                        Honorable Audrey B. Collins
                                        United States District Judge

# **PROOF OF SERVICE BY COURT CM/ECF SYSTEM**

I am over eighteen years of age, not a party to this action, and employed in Los Angeles County, California, at 801 South Grand Avenue, 10th Floor, Los Angeles, California 90017.

On May 20, 2010, I caused the following document: **[PROPOSED] FINAL JUDGMENT BARRING CLAIMS AND DISMISSING WITH PREJUDICE THE GROUP OF 10 THIRD PARTY DEFENDANTS** to be electronically filed with the Clerk of the Court through the Court's CM/ECF system. It is my understanding that the CM/ECF system will automatically send a "Notice of Electronic Filing" to the registered users in the case and that the "Notice of Electronic Filing" will constitute service of the above document on the interested parties in this case.

Further, on May 20, 2011, I served a copy of the attached document entitled: **[PROPOSED] FINAL JUDGMENT BARRING CLAIMS AND DISMISSING WITH PREJUDICE THE GROUP OF 10 THIRD PARTY DEFENDANTS** by posting it directly on the Lexis/Nexis File & Serve website http://lexisnexis.com/fileandserve.

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made and that this declaration was executed on May 20, 2011, at Los Angeles, California.

*/s/ Brian D. Langa*

Brian D. Langa