Craig S. Bloomgarden (SBN 110241)
MANATT, PHELPS & PHILLIPS, LLP
11355 West Olympic Boulevard
Los Angeles, CA  90064-1614
Telephone:   (310) 312-4000
Facsimile:    (310) 312-4224
cbloomgarden@manatt.com

Brent G. Cheney (SBN 180429)
PARKER, MILLIKEN, CLARK, O'HARA & SAMUELIAN
A Professional Corporation
555 S. Flower St., 30th Floor
Los Angeles, California 90071-2440
Telephone:   (213) 683-6500
Facsimile:    (213) 683-6669
bcheney@pmcos.com

Attorneys for Plaintiff
SAN GABRIEL BASIN WATER QUALITY AUTHORITY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **SAN GABRIEL BASIN WATER QUALITY AUTHORITY,**<br><br>            **Plaintiff,**<br><br>        v.<br><br>**AEROJET-GENERAL CORPORATION, et al.,**<br><br>            **Defendants.** | Case No. CV 02-4565 ABC (RCx)<br>*[Consolidated for pre-trial purposes with Cases Nos. CV 02-5909 ABC (RCx), CV 02-6340 ABC (RCx), and CV 02-6346 ABC (RCx)]*<br><br>**[PROPOSED] ORDER RE DISMISSAL OF DEFENDANT CHEVRON U.S.A. INC. AND RETENTION OF JURISDICTION**<br><br>**Judge:  Hon. Audrey B. Collins**<br>**Magistrate Judge:  Rosalyn M. Chapman** |
| **CITY OF MONTEREY PARK,**<br><br>            **Plaintiff,**<br><br>        v.<br><br>**AEROJET-GENERAL CORPORATION, et al.,**<br><br>            **Defendants.** | Case No. CV 02-5909 ABC (RCx) |

[PROPOSED] ORDER RE DISMISSAL OF DEFENDANT CHEVRON AND RETENTION OF JURISDICTION

| | | |
|---|---|---|
| 1 | **SOUTHERN CALIFORNIA WATER COMPANY,** | **Case No. CV 02-6340 ABC (RCx)** |
| 2 | | |
| 3 | Plaintiff, | |
| 4 | | |
| 5 | v. | |
| 6 | **AEROJET-GENERAL CORPORATION, et al.,** | |
| 7 | | |
| 8 | Defendants. | |
| 9 | **SAN GABRIEL VALLEY WATER COMPANY,** | **Case No. CV 02-6346 ABC (RCx)** |
| 10 | | |
| 11 | Plaintiff, | |
| 12 | | |
| 13 | v. | |
| 14 | **AEROJET-GENERAL CORPORATION, et al.,** | |
| 15 | | |
| 16 | Defendants. | |

17
18  //
19  //
20  //
21  //
22  //
23  //
24  //
25  //
26  //
27  //
28  //

- 1 -

[PROPOSED] ORDER RE DISMISSAL OF DEFENDANT CHEVRON AND RETENTION OF JURISDICTION

PARKER MILLIKEN CLARK O'HARA & SAMUELIAN, A PROFESSIONAL CORPORATION

**ORDER**

Pursuant to the above Stipulation, IT IS HEREBY ORDERED:

1. Plaintiffs' (the "Water Entities'") respective claims in the above-captioned actions (the "Actions") against Chevron U.S.A. Inc. ("Chevron"), only, are dismissed with prejudice as to the Water Entities' claims against Chevron arising out of, directly or indirectly, groundwater Contamination within the geographic confines of the SEMOU that originated or is alleged to have originated from 2750 Rosemead Boulevard and 9420 Garvey Avenue, South El Monte, CA (the "Site"), except to the extent subject to Paragraphs 3.D., 3.E. and 6 of the Settlement Agreement (which Paragraphs are incorporated into this Order by this reference). To the extent that the Water Entities' claims against Chevron in the Actions (i) concern groundwater Contamination in the geographic area of the SEMOU alleged to have originated from sites other than the Site or (ii) are subject to Paragraphs 3.D., 3.E. and 6 of the Settlement Agreement, the claims are dismissed without prejudice.

2. In addition, Chevron's counterclaims, only, in the Actions against the Water Entities are dismissed with prejudice, except to the extent subject to (i) the final sentence of Paragraph 3.B of the Settlement Agreement or (ii) Paragraph 3.D. of the Settlement Agreement. To the extent that Chevron's counterclaims against the Water Entities are subject to (i) the final sentence of Paragraph 3.B of the Settlement Agreement or (ii) Paragraph 3.D. of the Settlement Agreement, the counterclaims are dismissed without prejudice.

3. The Court agrees to retain jurisdiction to enforce the terms of the Settlement Agreement and resolve any disputes arising under the Settlement Agreement.

4. The costs and attorneys' fees of the Water Entities and Chevron shall be borne as provided in the Settlement Agreement.

Dated: September 6, 2011      By: _____
                                   Judge of the U.S. District Court