Craig S. Bloomgarden (SBN 110241)
MANATT, PHELPS & PHILLIPS, LLP
11355 West Olympic Boulevard
Los Angeles, CA 90064-1614
Telephone: (310) 312-4000
Facsimile: (310) 312-4224
cbloomgarden@manatt.com

Brent G. Cheney (SBN 180429)
PARKER, MILLIKEN, CLARK, O'HARA & SAMUELIAN
A Professional Corporation
555 S. Flower St., 30th Floor
Los Angeles, California 90071-2440
Telephone: (213) 683-6500
Facsimile: (213) 683-6669
bcheney@pmcos.com

Attorneys for Plaintiff
SAN GABRIEL BASIN WATER QUALITY AUTHORITY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAN GABRIEL BASIN WATER QUALITY AUTHORITY,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>AEROJET-GENERAL CORPORATION, et al.,<br><br>　　　　Defendants. | Case No. CV-02-4565-ABC(RCx)<br><br>*[Consolidated for pretrial purposes with Cases Nos. CV 02-5909-ABC(RCx), CV 02-6340-ABC(RCx), CV 02-6346-ABC(RCx), and CV 11-0382-ABC (RCx)]*<br><br>**[PROPOSED] ORDER RE DISMISSAL OF HARTWELL CORPORATION AND RETENTION OF JURISDICTION**<br><br>Judge:　　Hon. Audrey B. Collins |
| CITY OF MONTEREY PARK,<br><br>　　　　Plaintiff,<br><br>　　V.<br><br>AEROJET-GENERAL CORPORATION, et al.,<br><br>　　　　Defendants. | Case No. CV 02-5909-ABC(RCx) |
| | Case No. CV 02-6340-ABC(RCx) |

| | |
|---|---|
| SOUTHERN CALIFORNIA WATER COMPANY,<br><br>  Plaintiff,<br><br>  V.<br><br>AEROJET-GENERAL CORPORATION, et al.,<br><br>  Defendants. | Case No. CV 02-6346-ABC(RCx) |
| SAN GABRIEL VALLEY WATER COMPANY,<br><br>  Plaintiff,<br><br>  V.<br><br>AEROJET-GENERAL CORPORATION, et al.,<br><br>  Defendants. | Case No. CV 11-0382-ABC (RCx) |
| UNITED STATES OF AMERICA and CALIFORNIA DEPARTMENT OF TOXIC SUBSTANCES CONTROL,<br><br>  Plaintiffs,<br><br>  V.<br><br>SEACHROME CORPORATION, et al.,<br><br>  Defendants. | |
| AND RELATED CROSS AND THIRD-PARTY ACTIONS. | |

PARKER MILLIKEN
CLARK O'HARA &
SAMUELIAN, A
PROFESSIONAL
CORPORATION

- 2 -
[PROPOSED] ORDER RE DISMISSAL OF HARTWELL CORPORATION
AND RETENTION OF JURISDICTION

## ORDER

Pursuant to the above Stipulation, IT IS HEREBY ORDERED:

1. The Water Entities claims in the above-captioned actions against defendant Hartwell Corporation ("Hartwell"), only, are dismissed <u>with</u> prejudice, except to the extent subject to Paragraphs 3.D., 3.E. and 6 of the Settlement Agreement (which Paragraphs are incorporated into this Order by this reference).  To the extent that the Water Entities' claims against Hartwell are subject to Paragraphs 3.D., 3.E. and 6 of the Settlement Agreement, the claims are dismissed <u>without</u> prejudice.

2. The Court agrees to retain jurisdiction to enforce the terms of the Settlement Agreement and resolve any disputes arising under the Settlement Agreement.

Dated: February 14, 2012        By: _____
                                     Judge of the U.S. District Court