1
2
3
4
5
6
7
8

**UNITED STATES DISTRICT COURT**

9

**CENTRAL DISTRICT OF CALIFORNIA**

10
11

SAN GABRIEL BASIN WATER QUALITY
AUTHORITY,

12

           Plaintiff,

13

     vs.

14

AEROJET-GENERAL CORPORATION, et al.,

15

        Defendants.

16
17
18
19

CITY OF MONTEREY PARK,

20

        Plaintiff,

21

     vs.

22

AEROJET-GENERAL CORPORATION; et al.,

23

        Defendant.

24
25
26
27
28

Case No. CV-02-04565 ABC (RCx)

[Consolidated for pretrial purposes with Case
Nos. CV 02-5909 ABC (RCx), CV 02-6340
ABC (RCx), CV 02-6346-ABC (RCx), and
CV 11-0382-ABC (RCx)])

**[~~PROPOSED~~] ORDER GRANTING
QUAKER CHEMICAL CORPORATION
AND MULTI-CHEMICAL PRODUCTS,
INC.'S APPLICATION FOR GOOD
FAITH SETTLEMENT
DETERMINATION AND BAR ORDER**

Case No. CV 02-5909 ABC (RCx)

[PROPOSED] ORDER GRANTING APPLICATION FOR GOOD FAITH SETTLEMENT DETERMINATION
AND BAR ORDER

1480906.1
1800-2.6579

| | |
|---|---|
| 1   SOUTHERN CALIFORNIA WATER COMPANY, | Case No. CV 02-6340 ABC (RCx) |

SOUTHERN CALIFORNIA WATER COMPANY,

Plaintiff,

vs.

AEROJET-GENERAL CORPORATION; et al.,

Defendant.

Case No. CV 02-6340 ABC (RCx)

SAN GABRIEL VALLEY WATER COMPANY,

Plaintiff,

vs.

AEROJET-GENERAL CORPORATION; et al.,

Defendant.

Case No. CV 02-6346-ABC (RCx)

UNITED STATES OF AMERICA AND CALIFORNIA DEPARTMENT OF TOXIC SUBSTANCES CONTROL,

Plaintiff,

vs.

SEACHROME CORPORATION; et al,

Defendants.

Case No. CV 11-0382-ABC (RCx)

AND RELATED THIRD-PARTY ACTIONS AND COUNTERCLAIMS

The unopposed Application for Good Faith Settlement Determination and Bar Order ("Application") filed by Quaker Chemical Corporation ("Quaker") and Multi-Chemical Products, Inc. ("MCP") on March 28, 2012, being before the Court, and the evidence presented having been fully considered, the Court finds that:

1.     The Settlement Agreement among Quaker and MCP, and Certain Water Entities; Art Weiss, Inc.; Del Ray Enterprises, Inc.; and Art Weiss, which is attached as Exhibit A to the Declaration of Karen M. Johnson filed in support of the Application is a "good faith" settlement

[PROPOSED] ORDER GRANTING APPLICATION FOR GOOD FAITH SETTLEMENT DETERMINATION AND BAR ORDER
1480906.1
1800-2.6579

1    within the meaning of California *Code of Civil Procedure* sections 877 and 877.6; and

2           2.      The Settlement Agreement is fair, reasonable, and consistent with the purpose of the

3    Comprehensive Environmental Response, Compensation, and Liability Act, 42 U.S.C. § 9601 *et*

4    *seq.* ("CERCLA").

5           Based on the above findings and good cause appearing,

6           **IT IS ORDERED AND ADJUDGED** that any and all and all past, present, or future

7    claims and cross-claims against Quaker and MCP by any party (including any potentially

8    responsible party under CERCLA or any joint tortfeasor or co-obligor) for contribution, equitable

9    comparative contribution, cost recovery, or full, partial, or comparative indemnity, arising out of or

10   related to, or in connection with, the issues addressed in the above-captioned consolidated cases

11   and in the Settlement Agreement, regardless of when such claims are asserted, are BARRED.

12          **IT IS SO ORDERED.**

13          Entered this 9 day of April, 2012

14

15          _____

16          Hon. Audrey B. Collins
            United States District Court Judge

17

18

19

20

21

22

23

24

25

26

27

28

[PROPOSED] ORDER GRANTING APPLICATION FOR GOOD FAITH SETTLEMENT DETERMINATION
AND BAR ORDER
1480906.1
1800-2.6579

**CERTIFICATE OF SERVICE**

I am employed in the County of Los Angeles, State of California.  I am over the age of 18 and not a party to the within action.  My business address is 707 Wilshire Boulevard, Suite 3280, Los Angeles, California 90017.

On April 3, 2012, I served the within document(s) described as:

**[PROPOSED] ORDER GRANTING QUAKER CHEMICAL CORPORATION AND MULTI-CHEMICAL PRODUCTS, INC.'S APPLICATION FOR GOOD FAITH SETTLEMENT DETERMINATION AND BAR ORDER**

[X]   (BY CM/ECF)  on each person listed above by filing the document using the Court's CM/ECF system.  Each of the persons served in this manner are listed as CM/ECF registered users.

I certify that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on April 3, 2012, at Los Angeles, California.


_____Shawn Hanley_____                    _____
(Type or print name)                                            (Signature)

-4-

[PROPOSED] ORDER GRANTING APPLICATION FOR GOOD FAITH SETTLEMENT DETERMINATION
AND BAR ORDER

1480906.1
1800-2.6579