IGNACIA S. MORENO
Assistant Attorney General
Environmental & Natural Resources Division
LORI JONAS
Email: Lori.Jonas@usdoj.gov
State Bar No.: 158268
GABRIEL ALLEN
E-mail: Gabriel.Allen@usdoj.gov
Georgia Bar No.: 740737
Environmental Enforcement Section
Environmental & Natural Resources Division
United States Department of Justice
P.O. Box 7611
Washington, D.C. 20044-7611
Telephone: (202) 514-1032
Attorneys for Plaintiff United States of America

KAMALA D. HARRIS
Attorney General of the State of California
SALLY MAGNANI
Senior Assistant Attorney General
BRIAN HEMBACHER
Supervising Deputy Attorney General
OLIVIA W. KARLIN
Deputy Attorney General
California Department of Justice
300 South Spring Street
Los Angeles, CA 90013
State Bar No. 150432
Telephone: (213) 897-2608
Attorneys for Plaintiff California Department of Toxic Substances Control

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA and CALIFORNIA DEPARTMENT OF TOXIC SUBSTANCES CONTROL,<br><br>Plaintiffs,<br><br>v.<br><br>SEACHROME CORPORATION, et al. | **UNOPPOSED REQUEST TO ENTER PROPOSED CONSENT DECREE**<br><br>Case No. CV 02-4565 ABC (RCx)<br>[Consolidated for pretrial and trial purposes with CV 11-0382 ABC (RCx); CV 02-5909 ABC (RCx); CV 02-6350 ABC (RCx); CV 02-6346 ABC (RCx)]<br><br>Before: Judge Collins<br>Date: No hearing set as Request is Unopposed |

Plaintiffs, United States of America, on behalf of the Environmental Protection Agency, and the California Department of Toxic Substances Control ("Plaintiffs" or "Governments"), respectfully request that the Court enter the proposed Consent Decree ("CD") as its final judgment as to all claims filed against Linderman Living Trust A and Rush Street Properties, LLC (collectively, "Settling Defendants") in this civil action.

On January 13, 2011, the Governments filed a civil action, United States et al v. Seachrome Corp. et al, CV 11-0382-ABC (RCx) (C.D. Cal.), against nine potentially responsible parties ("PRPs") at the SEMOU. On July 1, 2011, the Governments amended their complaint to add four parties, including Linderman Living Trust A and Rush Street Properties, LLC. The complaint and amended complaint ("Complaint") state claims under the Comprehensive Environmental Response, Compensation, and Liability Act of 1980, 42 U.S.C. §§ 9601-9675 ("CERCLA"), seeking costs for clean-up of groundwater contamination at the South El Monte Operable Unit of the San Gabriel Valley Area 1 Superfund Site ("SEMOU" or "Site").

Plaintiffs lodged the Consent Decree on February 22, 2012, with entry contingent upon a 30-day public comment period. CD ¶ 38. Notice of the proposed Decree was published on March 1, 2012. 77 Fed. Reg. 12616. The Decree resolves certain liabilities of the Settling Defendants in exchange for payments to the Governments that total $1.02 million.[1] CD ¶ 5. This is the sixth Consent Decree relating to the SEMOU.

This Request for Entry of the Consent Decree is not opposed by any party. Both Settling Defendants consented to the entry of the Decree by the Court "without further notice," and agreed "not to oppose entry of this Consent Decree by this Court . . ." CD ¶¶ 38, 41. No comments opposing the settlement were received. Plaintiffs believe that the proposed Consent Decree is fair, reasonable, and consistent with the purposes of CERCLA, and thus meet the legal standard for judicial approval of CERCLA consent decrees, as set forth in the accompanying

---

[1] Considered with the Settlement Agreements that were concurrently negotiated with these parties to resolve alleged liabilities to the "Water Entities," discussed below, the payments total $1.7 million. CD ¶ 5. The Water Entities are: San Gabriel Basin Water Quality Authority, Golden State Water Company, City of Monterey Park, and the San Gabriel Valley Water Company.

1  memorandum. Therefore, the Court should approve, sign, and enter the Consent Decree, thereby
2  resolving all claims related to the SEMOU against these Settling Defendants.
3        A proposed Order approving the Consent Decrees is attached.
4                                        Respectfully submitted,

IGNACIA S. MORENO
Assistant Attorney General
Environment and Natural Resources Division
U.S. Department of Justice
Washington, D.C. 20530

/s/ Lori Jonas
LORI JONAS
Environmental Enforcement Section
Environment and Natural Resources Division
U.S. Department of Justice
P.O. Box 7611
Washington, D.C. 20044-7611

/s/ Gabriel Allen
Environmental Enforcement Section
Environment and Natural Resources Division
U.S. Department of Justice
P.O. Box 7611
Washington, D.C. 20044-7611

/s/ Olivia Karlin
OLIVIA KARLIN
Deputy Attorney General
California Department of Justice
300 South Spring Street
Los Angeles, California 90013