**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA and CALIFORNIA DEPARTMENT OF TOXIC SUBSTANCES CONTROL,<br><br>    Plaintiffs,<br><br>v.<br><br>SEACHROME CORPORATION, et al. | [~~PROPOSED~~] ORDER ENTERING CONSENT DECREE<br><br>Case No. CV 02-4565 ABC (RCx)<br><br>[Consolidated for pretrial and trial purposes with CV 11-0382 ABC (RCx); CV 02-5909 ABC (RCx); CV 02-6350 ABC (RCx); CV 02-6346 ABC (RCx)] |

**[~~PROPOSED~~] ORDER ENTERING CONSENT DECREES**

The Court has considered United States of America and California Department of Toxic Substances Control's ("Plaintiffs") Request to Enter Proposed Consent Decrees. The two Decrees resolve claims against Art Weiss, Art Weiss, Inc., and Del Ray Industrial Enterprises, Inc. ("Art Weiss Defendants"); Astro Seal, Inc.; Craneveyor Corp. ("Craneveyor"); EBA, Inc.; M&T, LLC; Mary Brkich; New Air, Inc.; Pacific Coast Drum ("PCD"); Quaker Chemical Corp. ("Quaker"); and Seachrome Corporation ("Seachrome") related to the groundwater contamination at the South El Monte Operable Unit of the San Gabriel Valley Area 1 Superfund Site.

The Court finds that the Consent Decrees are fair, reasonable, in the public interest, and consistent with the purposes of CERCLA, and hereby GRANTS Plaintiffs' request.

It is hereby ORDERED that the Proposed Consent Decrees between Plaintiffs and Defendants shall be entered by the Court in this case.

Date: July 11, 2012

_____
HONORABLE AUDREY B. COLLINS
UNITED STATES DISTRICT JUDGE