| | |
|---|---|
| 1 | Craig S. Bloomgarden (SBN 110241) |
| | MANATT, PHELPS & PHILLIPS, LLP |
| 2 | 11355 West Olympic Boulevard |
| | Los Angeles, CA 90064-1614 |
| 3 | Telephone: (310) 312-4000 |
| | Facsimile: (310) 312-4224 |
| 4 | cbloomgarden@manatt.com |
| 5 | Brent G. Cheney (SBN 180429) |
| | PARKER, MILLIKEN, CLARK, O'HARA & SAMUELIAN |
| 6 | A Professional Corporation |
| | 555 S. Flower St., 30th Floor |
| 7 | Los Angeles, California 90071-2440 |
| | Telephone: (213) 683-6500 |
| 8 | Facsimile: (213) 683-6669 |
| | bcheney@pmcos.com |
| 9 | |
| | Attorneys for Plaintiff |
| 10 | SAN GABRIEL BASIN WATER QUALITY AUTHORITY |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAN GABRIEL BASIN WATER QUALITY AUTHORITY, | Case No. CV-02-4565-ABC (JCx) |
| Plaintiff, | *[Consolidated for pretrial purposes with Cases Nos. CV 02-5909-ABC(RCx), CV 02-6340-ABC(RCx), CV 02-6346-ABC(RCx), and CV 11-0382-ABC (RCx)]* |
| v. | |
| AEROJET-GENERAL CORPORATION, et al., | **[PROPOSED] ORDER RE DISMISSAL OF LONGO ASSOCIATES, LLC, SAM C. LONGO, JR., SAM C. LONGO, SR., AND SEACHROME CORPORATION, AND RETENTION OF JURISDICTION** |
| Defendants. | |
| | Judge: Hon. Audrey B. Collins |
| CITY OF MONTEREY PARK, | Case No. CV 02-5909-ABC(RCx) |
| Plaintiff, | |
| V. | |
| AEROJET-GENERAL CORPORATION, et al., | |
| Defendants. | |

PARKER MILLIKEN CLARK O'HARA & SAMUELIAN, A PROFESSIONAL CORPORATION

[PROPOSED] ORDER RE DISMISSAL OF LONGO ASSOCIATES, LLC, SAM C. LONGO, JR., SAM C. LONGO, SR., AND SEACHROME CORPORATION, AND RETENTION OF JURISDICTION

| | | |
|---|---|---|
| 1 | SOUTHERN CALIFORNIA WATER COMPANY, | Case No. CV 02-6340-ABC(RCx) |
| 2 | Plaintiff, | |
| 3 | V. | |
| 4 | AEROJET-GENERAL CORPORATION, et al., | |
| 5 | | |
| 6 | Defendants. | |
| 7 | | |
| 8 | SAN GABRIEL VALLEY WATER COMPANY, | Case No. CV 02-6346-ABC(RCx) |
| 9 | Plaintiff, | |
| 10 | V. | |
| 11 | AEROJET-GENERAL CORPORATION, et al., | |
| 12 | | |
| 13 | Defendants. | |
| 14 | UNITED STATES OF AMERICA and CALIFORNIA DEPARTMENT OF TOXIC SUBSTANCES CONTROL, | Case No. CV 11-0382-ABC (RCx) |
| 15 | | |
| 16 | Plaintiffs, | |
| 17 | V. | |
| 18 | SEACHROME CORPORATION, et al., | |
| 19 | | |
| 20 | Defendants. | |
| 21 | AND RELATED CROSS AND THIRD-PARTY ACTIONS. | |

PARKER MILLIKEN CLARK O'HARA & SAMUELIAN, A PROFESSIONAL CORPORATION

399865 - 2 -
[PROPOSED] ORDER RE DISMISSAL OF LONGO ASSOCIATES, LLC, SAM C. LONGO, JR., SAM C. LONGO, SR., AND SEACHROME CORPORATION, AND RETENTION OF JURISDICTION

# **ORDER**

Pursuant to the previously filed Stipulation and [Proposed] Order re Dismissal of Pacific Coast Drum Company and Retention of Jurisdiction, IT IS HEREBY ORDERED:

1. The Water Entities claims in the above-captioned actions against defendants Longo Associates, LLC, Sam C. Longo, Jr., Sam C, Longo, Sr., and Seachrome Corporation, only, are dismissed <u>with</u> prejudice, except to the extent subject to Paragraphs 3.D., 3.E., 3F., and 6 of the Settlement Agreement (which Paragraphs are incorporated into this Order by this reference). To the extent that the Water Entities' claims against defendants Longo Associates, LLC, Sam C. Longo, Jr., Sam C, Longo, Sr., and Seachrome Corporation are subject to Paragraphs 3.D., 3.E., 3F., and 6 of the Settlement Agreement, the claims are dismissed <u>without</u> prejudice.

2. The Court agrees to retain jurisdiction to enforce the terms of the Settlement Agreement and resolve any disputes arising under the Settlement Agreement.

Dated: 9/13/12_____  By: _____
                                           Judge of the U.S. District Court