UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAN GABRIEL BASIN WATER QUALITY AUTHORITY,<br><br>Plaintiff,<br><br>vs.<br><br>AEROJET-GENERAL CORPORATION, et al.,<br><br>Defendants.<br><br>AND RELATED COORDINATED ACTION | CASE NO. CV 02-4565 ABC (RCx)<br><br>*[Consolidated for pre-trial purposes with Cases Nos. CV 02-5909 ABC (RCx), CV 02-6340 ABC (RCx), and CV 02-6346 ABC (RCx)]*<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT TED LEVINE DRUM COMPANY'S MOTION FOR ORDER APPROVING SETTLEMENT WITH WATER ENTITY PLAINTIFFS AND BARRING CERTAIN CLAIMS AGAINST IT**<br><br>Judge: Hon. Audrey B. Collins<br>Crtrm: 680 |

This motion brought by Defendant Ted Levine Drum Company for an order approving its settlement agreement with the plaintiffs in *San Gabriel Valley Water Company v. Aerojet-General Corporation, et al.,* USDC, Central District of California, Case No. CV 02-6346 ABC (RCx), *Southern California Water Company v. Aerojet-General Corporation, et al.,* USDC, Central District of California, Case

4817-3564-7248.1 [PROPOSED] ORDER GRANTING DEFENDANT TED LEVINE DRUM COMPANY'S MOTION FOR ORDER APPROVING SETTLEMENT WITH WATER ENTITY PLAINTIFFS AND BARRING CERTAIN CLAIMS AGAINST IT
4817-3564-7248.1

LEWIS BRISBOIS

No. CV 02-6346 ABC (RCx), *San Gabriel Basin Water Quality Authority v. Aerojet-General Corporation, et al.,* USDC, Central District of California, Case No. CV 02-4565 ABC (RCx), *City of Monterey Park v. Aerojet-General Corporation, et al.,* USDC, Central District of California, Case No. CV 02-5909 ABC (RCx) and barring claims against it ("Motion"), filed on September 18, 2012, being before the Court, and the evidence presented having been fully considered and there being no opposition to the Motion, the Court finds that the Agreement Among Certain Water Entities and Ted Levine Drum Company ("Settlement Agreement") that is attached as Exhibit A to the Declaration of James A. Geocaris, filed in support of the Motion, is fair, reasonable and consistent with the purpose of the Comprehensive Environmental Response, Compensation and Liability Act, 42 U.S.C. § 9601 *et seq.* ("CERCLA") and is a "good faith" settlement within the meaning of California Code of Civil Procedure § 876.6.

Based on the above findings and good cause appearing, **IT IS ORDERED AND ADJUDGED** that any and all past, present, or future claims against the Defendant Ted Levine Drum Company by any party (including any potentially responsible parties under CERCLA or any joint tortfeasors or co-obligor) for contribution, equitable comparative contribution, cost recovery, or full, partial, or comparative indemnity, arising out of or relating to, or in connection with, the matters addressed in *San Gabriel Valley Water Company v. Aerojet-General Corporation, et al.,* USDC Central District of California, Case No. CV 02-6346 ABC (RCx), *Southern California Water Company v. Aerojet-General Corporation, et al.*, USDC, Central District of California, Case No. CV 02-6340 ABC (RCx), *San Gabriel Basin Water Quality Authority v. Aerojet-General Corporation, et al.*, USDC, Central District of California, Case No. CV 02-4565 ABC (RCx), *City of Monterey Park v. Aerojet-General Corporation, et al.*, USDC, Central District of

/ / /

---

4817-3564-7248.1 [PROPOSED] ORDER GRANTING DEFENDANT TED LEVINE DRUM COMPANY'S MOTION FOR ORDER APPROVING SETTLEMENT WITH WATER ENTITY PLAINTIFFS AND BARRING CERTAIN CLAIMS AGAINST IT

1  / / /

2  California, Case No. CV 02-5909 ABC (RCx) and in the Settlement Agreement,

3  regardless of when such claims are asserted, are BARRED.

6  Dated: October 2, 2012    _____
                                      Honorable Audrey B. Collins
                                      United States District Judge.

4817-3564-7248.1 [PROPOSED] ORDER GRANTING DEFENDANT TED LEVINE DRUM COMPANY'S MOTION FOR ORDER APPROVING SETTLEMENT WITH WATER ENTITY PLAINTIFFS AND BARRING CERTAIN CLAIMS AGAINST IT

4817-3564-7248.1                         3