IGNACIA S. MORENO
Assistant Attorney General
Environmental & Natural Resources Division
LORI JONAS
E-mail: lori.jonas@usdoj.gov
State Bar No. 158268
GABRIEL ALLEN
Environmental Enforcement Section
Environmental & Natural Resources Division
United States Department of Justice
P.O. Box 7611, Washington, D.C. 20044-7611
Telephone: (202) 514-4080
Attorneys for Plaintiff United States of America

[Additional Counsel listed on next page]

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA and CALIFORNIA DEPARTMENT OF TOXIC SUBSTANCES CONTROL, <br><br> Plaintiffs, <br><br> v. <br><br> SEACHROME CORPORATION, *et al.*, <br><br> Defendants. | CIV. NO. : CV 02-4565 ABC (JCx) <br><br> **NOTICE OF LODGING OF PARTIAL CONSENT DECREE AND REQUEST THAT COURT TAKE NO ACTION AT THIS TIME** <br><br> [consolidated for pretrial and trial purposes with CV 11-0382 ABC (JCx); CV 02-5909ABC (JCx); CV 02-6350 ABC (JCx); CV 02-6346 ABC (JCx)] |

1

1 | KAMALA D. HARRIS
Attorney General of the State of California
SALLY MAGNANI
Senior Assistant Attorney General
BRIAN HEMBACHER
Supervising Deputy Attorney General
OLIVIA W. KARLIN
Deputy Attorney General
California Department of Justice
300 South Spring Street
Los Angeles, CA 90013
State Bar No. 150432
Telephone: (213) 897-0473
Attorneys for Plaintiff California Department of Toxic Substances Control

1  Plaintiffs, the United States of America, on behalf of the United States Environmental
2  Protection Agency ("EPA"), and the California Department of Toxic Substances Control,
3  respectfully lodge with this Court a proposed Partial Consent Decree in the above-captioned
4  matter.  The Consent Decree is with TDY Industries, LLC; Allegheny Technologies
5  Incorporated; and TDY Holdings, LLC.

6  Pursuant to 28 C.F.R. § 50.7, before entry of the proposed Partial Consent Decree by the
7  Court, the Partial Consent Decree must be lodged with the Court, and notice of lodging must be
8  published in the Federal Register.  The United States must withhold approval of the proposed
9  Partial Consent Decree pending publication of notice of the Decree in the Federal Register for
10 public review and comment.  Thirty (30) days after publication of the Notice in the Federal
11 Register, the United States will inform the Court of its views regarding any comments that may
12 be received and, if it believes that entry of the proposed Partial Consent Decree remains
13 warranted, the United States will at that time move the Court for entry of the proposed Partial
14 Consent Decree.

15 WHEREFORE, the United States respectfully requests that this Court receive the
16 proposed Partial Consent Decree for lodging only, and that it abstain from acting upon the same
17 until the thirty (30) day period (from publication in the Federal Register) for public comment has
18 expired and the United States has moved for entry of the proposed Partial Consent Decree.

Respectfully submitted,

/s/ Lori Jonas
LORI JONAS
GABRIEL ALLEN
Environmental Enforcement Section
United States Department of Justice
P.O. Box 7611, Washington, D.C. 20044-7611
Telephone: (202) 514-4080; Fax: (202) 514-2583
E-Mail: lori.jonas@usdoj.gov

/s/ Olivia Karlin
OLIVIA KARLIN
Deputy Attorney General
California Department of Justice

|   |   |
|---|---|
| 1 | 300 South Spring Street |
| 2 | Los Angeles, California 90013 |
|   | Telephone: (213) 897-0473; Fax: (213) 897-2802 |
| 3 | E-Mail: Olivia.Karlin@doj.ca.gov |
| 4 |   |
| 5 |   |
| 6 |   |
| 7 |   |
| 8 |   |
| 9 |   |
| 10 |   |
| 11 |   |
| 12 |   |
| 13 |   |
| 14 |   |
| 15 |   |
| 16 |   |
| 17 |   |
| 18 |   |
| 19 |   |
| 20 |   |
| 21 |   |
| 22 |   |
| 23 |   |
| 24 |   |
| 25 |   |
| 26 |   |
| 27 |   |
| 28 |   |