1 | Craig S. Bloomgarden (SBN 110241)
2 | MANATT, PHELPS & PHILLIPS, LLP
  | 11355 West Olympic Boulevard
  | Los Angeles, CA 90064-1614
3 | Telephone: (310) 312-4000
  | Facsimile: (310) 312-4224
4 | cbloomgarden@manatt.com

5 | Brent G. Cheney (SBN 180429)
  | PARKER, MILLIKEN, CLARK, O'HARA & SAMUELIAN
6 | A Professional Corporation
  | 555 S. Flower St., 30th Floor
7 | Los Angeles, California 90071-2440
  | Telephone: (213) 683-6500
8 | Facsimile: (213) 683-6669
  | bcheney@pmcos.com

9 | Attorneys for Plaintiff
10 | SAN GABRIEL BASIN WATER QUALITY AUTHORITY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAN GABRIEL BASIN WATER QUALITY AUTHORITY,<br><br>Plaintiff,<br><br>v.<br><br>AEROJET-GENERAL CORPORATION, et al.,<br><br>Defendants. | Case No. CV-02-4565-ABC (JCx)<br><br>*[Consolidated for pretrial purposes with Cases Nos. CV 02-5909-ABC(RCx), CV 02-6340-ABC(RCx), CV 02-6346-ABC(RCx), and CV 11-0382-ABC (RCx)]*<br><br>[~~PROPOSED~~] **ORDER RE DISMISSAL OF ART WEISS, INC., DEL RAY INDUSTRIAL ENTERPRISES, INC., QUAKER CHEMICAL CORPORATION, AND MULTI-CHEMICAL PRODUCTS, INC., AND RETENTION OF JURISDICTION** |
| CITY OF MONTEREY PARK,<br><br>Plaintiff,<br><br>V.<br><br>AEROJET-GENERAL CORPORATION, et al.,<br><br>Defendants. | Judge: Hon. Audrey B. Collins<br><br>Case No. CV 02-5909-ABC(RCx) |

PARKER MILLIKEN CLARK O'HARA & SAMUELIAN, A PROFESSIONAL CORPORATION

[PROPOSED] ORDER RE DISMISSAL OF ART WEISS, INC., DEL RAY INDUSTRIAL ENTERPRISES, INC., QUAKER CHEMICAL CORPORATION, AND MULTI-CHEMICAL PRODUCTS, INC., AND RETENTION OF JURISDICTION

| | |
|---|---|
| SOUTHERN CALIFORNIA WATER COMPANY,<br><br>    Plaintiff,<br><br>    V.<br><br>AEROJET-GENERAL CORPORATION, et al.,<br><br>    Defendants. | Case No. CV 02-6340-ABC(RCx) |
| SAN GABRIEL VALLEY WATER COMPANY,<br><br>    Plaintiff,<br><br>    V.<br><br>AEROJET-GENERAL CORPORATION, et al.,<br><br>    Defendants. | Case No. CV 02-6346-ABC(RCx) |
| UNITED STATES OF AMERICA and CALIFORNIA DEPARTMENT OF TOXIC SUBSTANCES CONTROL,<br><br>    Plaintiffs,<br><br>    V.<br><br>SEACHROME CORPORATION, et al.,<br><br>    Defendants. | Case No. CV 11-0382-ABC (RCx) |
| AND RELATED CROSS AND THIRD-PARTY ACTIONS. | |

PARKER MILLIKEN CLARK O'HARA & SAMUELIAN, A PROFESSIONAL CORPORATION

402011

- 2 -

[PROPOSED] ORDER RE DISMISSAL OF ART WEISS, INC., DEL RAY INDUSTRIAL ENTERPRISES, INC., QUAKER CHEMICAL CORPORATION, AND MULTI-CHEMICAL PRODUCTS, INC., AND RETENTION OF JURISDICTION

**ORDER**

Pursuant to the previously filed Stipulation and [Proposed] Order re Dismissal of Art Weiss, Inc., Del Ray Industrial Enterprises, Inc., Quaker Chemical Corporation, and Multi-Chemical Products, Inc., and Retention of Jurisdiction, IT IS HEREBY ORDERED:

1. The Water Entities claims in the above-captioned actions against Art Weiss, Inc. ("Art Weiss"), Del Ray Industrial Enterprises, Inc. ("Del Ray"), Quaker Chemical Corporation ("Quaker"), and Multi-Chemical Products, Inc. ("Multi-Chem") (collectively, "Settling Defendants"), only, are dismissed with prejudice, except to the extent subject to Paragraphs 3.D., 3.E., 3.F., and 6 of the Settlement Agreement (which Paragraphs are incorporated into this Order by this reference). To the extent that the Water Entities' claims against Art Weiss, Del Ray, Quaker and Multi-Chem are subject to Paragraphs 3.D., 3.E., 3.F., and 6 of the Settlement Agreement, the claims are dismissed without prejudice. In addition, Art Weiss's, Del Ray's, Quaker's and Multi-Chem's counterclaims, only, in the above-captioned actions against the Water Entities are dismissed with prejudice, except to the extent subject to Paragraph 3.D. of the Settlement Agreement. To the extent that Art Weiss's, Del Ray's, Quaker's and Multi-Chem's counterclaims against the Water Entities are subject to Paragraph 3.D. of the Settlement Agreement, the counterclaims are dismissed without prejudice. Art Weiss's, Del Ray's, Quaker's and Multi-Chem's third-party claims, only, in the above-captioned actions are dismissed without prejudice.

2. The Court agrees to retain jurisdiction to enforce the terms of the Settlement Agreement and resolve any disputes arising under the Settlement Agreement.

Dated: November 5, 2012    By: *Audrey B. Collins*
_____                Judge of the U.S. District Court

402011 - 3 -
[PROPOSED] ORDER RE DISMISSAL OF ART WEISS, INC., DEL RAY INDUSTRIAL ENTERPRISES, INC., QUAKER CHEMICAL CORPORATION, AND MULTI-CHEMICAL PRODUCTS, INC., AND RETENTION OF JURISDICTION

PARKER MILLIKEN CLARK O'HARA & SAMUELIAN, A PROFESSIONAL CORPORATION