BINGHAM McCUTCHEN LLP
JAMES J. DRAGNA (SBN 91492)
TIFFANY R. HEDGPETH (SBN 175134)
DAVID K. BROWN (SBN 281877)
355 South Grand Avenue, Suite 4400
Los Angeles, CA 90071-3106
tiffany.hedgpeth@bingham.com
Telephone: (213) 680-6400
Facsimile: (213) 680-6499

Attorneys for Defendants and Third Party Plaintiffs, ALLEGHENY TECHNOLOGIES INCORPORATED and TDY INDUSTRIES, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SAN GABRIEL BASIN WATER QUALITY AUTHORITY,

Plaintiff,

v.

AEROJET - GENERAL CORPORATION, et al.,

Defendants.

AND RELATED COORDINATED CASES

Case No. CV 02-4565 ABC (JCx)

*[Consolidated for pre-trial purposes with Case Nos. CV 02-5909 ABC (JCx); CV 02-6340 ABC (JCx); and CV 02-6346 ABC (JCx)]*

**[~~PROPOSED~~] ORDER GRANTING ALLEGHENY TECHNOLOGIES INCORPORATED AND TDY INDUSTRIES, INC.'S MOTION FOR ENTRY OF ORDER APPROVING SETTLEMENT AND BAR ORDER**

Date: January 14, 2013
Time: 10:00 a.m.
Dept.: Courtroom 680
Judge: Hon. Audrey B. Collins

*[Notice of Motion and Motion; Memorandum of Points and Authorities; and Declaration of Tiffany R. Hedgpeth in Support of Motion for Entry of Order Approving Settlement and Bar Order Filed Concurrently Herewith]*

Allegheny Technologies Incorporated and TDY Industries, Inc.'s (n/k/a TDY Industries, LLC) (collectively "TDY") Motion for Entry of Order Approving Settlement and Bar Order ("Motion"), filed on December 14, 2012, being before the Court, and the evidence presented having been fully considered and there being no opposition to the Motion, the Court finds that the Agreement Among Certain Water Entities and Allegheny Technologies Incorporated and TDY Industries, LLC ("Settlement Agreement"), which is attached as Exhibit A to the Declaration of Tiffany R. Hedgpeth filed in support of the Motion is a "good faith" settlement within the meaning of California Code of Civil Procedure §§ 877 and 877.6 and is fair, reasonable, and consistent with the purpose of the Comprehensive Environmental Response, Compensation, and Liability Act, 42 U.S.C. § 9601 *et seq.* ("CERCLA").

Based on the above findings and good cause appearing, **IT IS ORDERED AND ADJUDGED** that any and all past, present, or future claims against TDY by any party (including any potentially responsible parties under CERCLA or any joint tortfeasor or co-obligor) for contribution, equitable comparative contribution, cost recovery, or full, partial, or comparative indemnity, arising out of or relating to, or in connection with, the matters addressed in the above-captioned consolidated cases and in the Settlement Agreement, regardless of when such claims are asserted, are BARRED.

**IT IS SO ORDERED.**

Entered this 14th day of December, 2012.

By: Audrey B. Collins

Hon. Audrey B. Collins
United States District Judge



\\sfappfs1\la$\tiercepa\Desktop\Proposed Order re Motion for Good Faith Settlement Determination.doc

**PROOF OF SERVICE BY COURT CM/ECF SYSTEM**

I am over eighteen years of age, not a party in this action, and employed in Los Angeles County, California at 355 South Grand Avenue, Suite 4400, Los Angeles, California 90071-3106.

On December 14, 2012, I caused the following document:

**[PROPOSED] ORDER GRANTING ALLEGHENY TECHNOLOGIES INCORPORATED AND TDY INDUSTRIES, INC.'S MOTION FOR ENTRY OF ORDER APPROVING SETTLEMENT AND BAR ORDER**

to be electronically filed with the Clerk of the Court through the Court's CM/ECF system. It is my understanding that the CM/ECF system will automatically send a "Notice of Electronic Filing" to the registered users in the case and that the "Notice of Electronic Filing" will constitute service of the above document on the interested parties in this case.

In addition, overnight delivery service via UPS has been made on the following recipient:

**Everett Phillips**
**20A Private Rd #3058**
**Water Valley, MS 38965**

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made and that this declaration was executed on December 14, 2012, at Los Angeles, California.

/s/ Pattie Tierce
Pattie Tierce