Craig S. Bloomgarden (SBN 110241)
MANATT, PHELPS & PHILLIPS, LLP
11355 West Olympic Boulevard
Los Angeles, CA 90064-1614
Telephone:  (310) 312-4000
Facsimile:   (310) 312-4224
cbloomgarden@manatt.com

Brent G. Cheney (SBN 180429)
PARKER, MILLIKEN, CLARK, O'HARA & SAMUELIAN
A Professional Corporation
555 S. Flower St., 30th Floor
Los Angeles, California 90071-2440
Telephone:  (213) 683-6500
Facsimile:   (213) 683-6669
bcheney@pmcos.com

Attorneys for Plaintiff
SAN GABRIEL BASIN WATER QUALITY AUTHORITY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAN GABRIEL BASIN WATER QUALITY AUTHORITY,<br><br>Plaintiff,<br><br>v.<br><br>AEROJET-GENERAL CORPORATION, et al.,<br><br>Defendants. | Case No. CV-02-4565-ABC(JCx)<br><br>*[Consolidated for pretrial purposes with Cases Nos. CV 02-5909-ABC(RCx), CV 02-6340-ABC(RCx), CV 02-6346-ABC(RCx), and CV 11-0382-ABC (RCx)]*<br><br>**STIPULATION AND [PROPOSED] ORDER RE DISMISSAL OF ALLEGHENY TECHNOLOGIES INCORPORATED AND TDY INDUSTRIES, INC. AND RETENTION OF JURISDICTION**<br><br>Judge:    Hon. Audrey B. Collins |
| CITY OF MONTEREY PARK,<br><br>Plaintiff,<br><br>V.<br><br>AEROJET-GENERAL CORPORATION, et al.,<br><br>Defendants. | Case No. CV 02-5909-ABC(RCx) |

PARKER MILLIKEN
CLARK O'HARA &
SAMUELIAN, A
PROFESSIONAL
CORPORATION

STIPULATION AND [PROPOSED] ORDER RE DISMISSAL OF ALLEGHENY TECHNOLOGIES INCORPORATED
AND TDY INDUSTRIES, INC. AND RETENTION OF JURISDICTION

405218

| | | |
|---|---|---|
| 1 | SOUTHERN CALIFORNIA WATER COMPANY, | |
| 2 | | Case No. CV 02-6340-ABC(RCx) |
| 3 | Plaintiff, | |
| 4 | V. | |
| 5 | AEROJET-GENERAL CORPORATION, et al., | |
| 6 | Defendants. | |
| 7 | | |
| 8 | SAN GABRIEL VALLEY WATER COMPANY, | |
| 9 | Plaintiff, | Case No. CV 02-6346-ABC(RCx) |
| 10 | V. | |
| 11 | AEROJET-GENERAL CORPORATION, et al., | |
| 12 | | |
| 13 | Defendants. | |
| 14 | UNITED STATES OF AMERICA and CALIFORNIA DEPARTMENT OF | |
| 15 | TOXIC SUBSTANCES CONTROL, | Case No. CV 11-0382-ABC (RCx) |
| 16 | Plaintiffs, | |
| 17 | V. | |
| 18 | SEACHROME CORPORATION, et al., | |
| 19 | Defendants. | |
| 20 | | |
| 21 | AND RELATED CROSS AND THIRD-PARTY ACTIONS. | |
| 22 | | |

## STIPULATION

It is here stipulated by and between plaintiffs San Gabriel Basin Water Quality Authority ("WQA"), Golden State Water Company, which was formerly known as Southern California Water Company ("GSWC"), San Gabriel Valley Water Company ("SGVWC") and the City of Monterey Park ("City") (collectively, "Water Entities"), on

- 2 -

STIPULATION AND [PROPOSED] ORDER RE DISMISSAL OF ALLEGHENY TECHNOLOGIES INCORPORATED
AND TDY INDUSTRIES, INC. AND RETENTION OF JURISDICTION

405218

PARKER MILLIKEN
CLARK O'HARA &
SAMUELIAN, A
PROFESSIONAL
CORPORATION

the one hand, and defendants Allegheny Technologies Incorporated and TDY Industries, Inc. (now known as TDY Industries, LLC) (collectively, "TDY"), on the other hand, through their respective counsel of record, as follows:

1. The Water Entities and TDY have reached a settlement which is set forth in that Agreement Among Certain Water Entities and Allegheny Technologies Incorporated and TDY Industries, LLC ("Settlement Agreement"), a copy of which is attached hereto.

2. Pursuant to the Settlement Agreement, the Court should dismiss the Water Entities' claims in the above-captioned actions against Allegheny Technologies Incorporated and TDY Industries, Inc., only, with prejudice, except to the extent subject to Paragraphs 3.D., 3.E., 3.F., and 6 of the Settlement Agreement. To the extent that the Water Entities' claims against TDY are subject to Paragraphs 3.D., 3.E., 3.F., and 6 of the Settlement Agreement, the dismissal should be without prejudice. In addition, pursuant to the Settlement Agreement, the Court should dismiss TDY Industries, Inc.'s counterclaims and third party claims, only, in the above-captioned actions, with prejudice, except to the extent subject to Paragraph 3.D. of the Settlement Agreement. To the extent that TDY Industries, Inc.'s counterclaims and third party claims are subject to Paragraph 3.D. of the Settlement Agreement, the dismissal should be without prejudice.

3. The Court should retain jurisdiction to enforce the terms of the Settlement Agreement and resolve any disputes arising under the Settlement Agreement.

4. Each party shall bear its own fees and costs.

DATED: January 17, 2013

PARKER, MILLIKEN, CLARK, O'HARA & SAMUELIAN, a Professional Corporation

By: _____
BRENT G. CHENEY
Attorneys for Plaintiff SAN GABRIEL BASIN WATER QUALITY AUTHORITY

DATED: January 17, 2013        JENKINS & HOGIN LLP

By: _John C. Cotti /BGC_____
    JOHN C. COTTI
    Attorneys for Plaintiff CITY OF
    MONTEREY PARK

DATED: January 17, 2013        MORRIS POLICH & PURDY LLP

By: _Steven L. Hoch /BGC_____
    STEVEN L. HOCH
    Attorneys for Plaintiff GOLDEN STATE
    WATER COMPANY

DATED: January 14, 2013        GLASER WEIL FINK JACOBS HOWARD
                               AVCHEN & SHAPIRO, LLP

By: _[signature]_____
    AARON P. ALLAN
    Attorneys for Plaintiff SAN GABRIEL
    VALLEY WATER COMPANY

DATED: January ___, 2013       BINGHAM McCUTCHEN LLP

By: _____
    TIFFANY R. HEDGPETH
    Attorneys for Defendants, Counter-
    Claimants and Third-Party Claimants
    ALLEGHENY TECHNOLOGIES
    INCORPORATED and TDY
    INDUSTRIES. INC.

- 4 -

STIPULATION AND [PROPOSED] ORDER RE DISMISSAL OF ALLEGHENY TECHNOLOGIES INCORPORATED
AND TDY INDUSTRIES, INC. AND RETENTION OF JURISDICTION

405218

| | | |
|---|---|---|
| 1 | DATED: January __, 2013 | JENKINS & HOGIN LLP |
| 2 | | |
| 3 | | |
| 4 | | By: _____<br>JOHN C. COTTI<br>Attorneys for Plaintiff CITY OF |
| 5 | | MONTEREY PARK |
| 6 | DATED: January __, 2013 | MORRIS POLICH & PURDY LLP |
| 7 | | |
| 8 | | |
| 9 | | By: _____<br>STEVEN L. HOCH<br>Attorneys for Plaintiff GOLDEN STATE |
| 10 | | WATER COMPANY |
| 11 | DATED: January __, 2013 | GLASER WEIL FINK JACOBS HOWARD<br>AVCHEN & SHAPIRO, LLP |
| 12 | | |
| 13 | | |
| 14 | | By: _____ |
| 15 | | AARON P. ALLAN<br>Attorneys for Plaintiff SAN GABRIEL<br>VALLEY WATER COMPANY |
| 16 | DATED: January 14, 2013 | BINGHAM McCUTCHEN LLP |
| 17 | | |
| 18 | | |
| 19 | | By: /s/ Tiffany R. Hedgpeth_____ |
| 20 | | TIFFANY R. HEDGPETH<br>Attorneys for Defendants, Counter- |
| 21 | | Claimants and Third-Party Claimants<br>ALLEGHENY TECHNOLOGIES |
| 22 | | INCORPORATED and TDY<br>INDUSTRIES, INC. |

PARKER MILLIKEN
CLARK O'HARA &
SAMUELIAN, A
PROFESSIONAL
CORPORATION

405218

- 4 -
STIPULATION AND [PROPOSED] ORDER RE DISMISSAL OF ALLEGHENY TECHNOLOGIES INCORPORATED
AND TDY INDUSTRIES, INC. AND RETENTION OF JURISDICTION