1  Craig S. Bloomgarden (SBN 110241)
   MANATT, PHELPS & PHILLIPS, LLP
2  11355 West Olympic Boulevard
   Los Angeles, CA 90064-1614
3  Telephone:  (310) 312-4000
   Facsimile:  (310) 312-4224
4  cbloomgarden@manatt.com

5  Brent G. Cheney (SBN 180429)
   PARKER, MILLIKEN, CLARK, O'HARA & SAMUELIAN
6  A Professional Corporation
   555 S. Flower St., 30th Floor
7  Los Angeles, California 90071-2440
   Telephone:  (213) 683-6500
8  Facsimile:  (213) 683-6669
   bcheney@pmcos.com
9
   Attorneys for Plaintiff
10 SAN GABRIEL BASIN WATER QUALITY AUTHORITY

11

12                 UNITED STATES DISTRICT COURT

13                 CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAN GABRIEL BASIN WATER QUALITY AUTHORITY,<br><br>Plaintiff,<br><br>v.<br><br>AEROJET-GENERAL CORPORATION, et al.,<br><br>Defendants. | Case No. CV-02-4565-ABC (JCx)<br><br>*[Consolidated for pretrial purposes with Cases Nos. CV 02-5909-ABC(RCx), CV 02-6340-ABC(RCx), CV 02-6346-ABC(RCx), and CV 11-0382-ABC (RCx)]*<br><br>[~~PROPOSED~~] ORDER TO DISMISS REMAINING CLAIMS<br><br>Judge:     Hon. Audrey B. Collins<br><br>Case No. CV 02-5909-ABC(RCx) |
| CITY OF MONTEREY PARK,<br><br>Plaintiff,<br><br>V.<br><br>AEROJET-GENERAL CORPORATION, et al.,<br><br>Defendants. | |
| | Case No. CV 02-6340-ABC(RCx) |

PARKER MILLIKEN
CLARK O'HARA &
SAMUELIAN, A
PROFESSIONAL
CORPORATION

[PROPOSED] ORDER TO DISMISS REMAINING CLAIMS

| | | |
|---|---|---|
| 1 | SOUTHERN CALIFORNIA WATER COMPANY, | |
| 2 | Plaintiff, | |
| 3 | V. | |
| 4 | AEROJET-GENERAL CORPORATION, et al., | |
| 5 | | |
| 6 | Defendants. | Case No. CV 02-6346-ABC(RCx) |
| 7 | | |
| 8 | SAN GABRIEL VALLEY WATER COMPANY, | |
| 9 | Plaintiff, | |
| 10 | V. | |
| 11 | AEROJET-GENERAL CORPORATION, et al., | |
| 12 | | |
| 13 | Defendants. | Case No. CV 11-0382-ABC (RCx) |
| 14 | UNITED STATES OF AMERICA and CALIFORNIA DEPARTMENT OF TOXIC SUBSTANCES CONTROL, | |
| 15 | | |
| 16 | Plaintiffs, | |
| 17 | V. | |
| 18 | SEACHROME CORPORATION, et al., | |
| 19 | | |
| 20 | Defendants. | |
| 21 | AND RELATED CROSS AND THIRD-PARTY ACTIONS. | |
| 22 | | |

PARKER MILLIKEN
CLARK O'HARA &
SAMUELIAN, A
PROFESSIONAL
CORPORATION

405580

- 2 -

[PROPOSED] ORDER TO DISMISS REMAINING CLAIMS

# ORDER

Pursuant to the previously filed Stipulation and [Proposed] Order to Dismissal Remaining Claims, IT IS HEREBY ORDERED:

1. To the extent any claims brought by the plaintiffs San Gabriel Basin Water Quality Authority ("WQA"), Golden State Water Company, which was formerly known as Southern California Water Company ("GSWC"), San Gabriel Valley Water Company ("SGVWC") and the City of Monterey Park ("City") (collectively, "Water Entities") remain after this Court enters the [Proposed] Order re Dismissal of Allegheny Technologies Incorporated and TDY Industries, Inc. and Retention of Jurisdiction (the "Allegheny Dismissal Order"), such claims in the above-captioned actions hereby are dismissed <u>without</u> prejudice.

2. To the extent any counter-claims brought by any defendant in the above-captioned actions remain after this Court enters the Allegheny Dismissal Order, such counter-claims in the above-captioned actions hereby are dismissed <u>without</u> prejudice.

3. To the extent any third-party claims brought by any third-party plaintiff in the above-captioned actions remain after this Court enters the Allegheny Dismissal Order, such third-party claims in the above-captioned actions hereby are dismissed <u>without</u> prejudice.

4. Any other remaining claim in the above-captioned actions hereby is dismissed <u>without</u> prejudice.

5. Nothing in this Order affects this Court's prior orders retaining jurisdiction over prior Settlement Agreements.

6. Each party shall bear its own fees and costs.

Dated: Jan 24, 2013        By: /s/ AB Colen
                                Judge of the U.S. District Court