JS-6

1   PARKER, MILLIKEN, CLARK, O'HARA
        & SAMUELIAN
2   Brent G. Cheney, Esq. (SBN 180429)
    A Professional Corporation
3   555 S. Flower St., 30th Floor
    Los Angeles, California 90071-2440
4   Telephone:   (213) 683-6500
    Facsimile:   (213) 683-6669
5   Email:  bcheney@pmcos.com

6   Attorneys for Plaintiff
    SAN GABRIEL BASIN
7   WATER QUALITY AUTHORITY

8                  UNITED STATES DISTRICT COURT

9                 CENTRAL DISTRICT OF CALIFORNIA

10  SAN GABRIEL BASIN WATER            Case No. CV 02-4565 ABC (JCx)
    QUALITY AUTHORITY,
11                                     [PROPOSED] JUDGMENT AND ORDER
                                       CLOSING CASE
             Plaintiff,
12
                                       Hearing Date:  [No Hearing Scheduled]
        v.                             Time:
13                                     Courtroom:
    AEROJET-GENERAL                    Judge:        Hon. Audrey B. Collins
14  CORPORATION, et al.

15           Defendants.

16  ──────────────────────────
    AND RELATED CROSS-
17  COMPLAINTS AND
    THIRD-PARTY COMPLAINT.
18

19        As a result of the various Orders re Dismissal of the defendants in this action and

20  those defendants' respective cross-complaints and third-party complaints, if any, the

21  various Order Approving Settlements of the defendants and Issuing Bar Orders, and the

22  Order to Dismiss Remaining Claims, the Court finds that there are no remaining claims to

23  adjudicate in the above-referenced matter and therefore enters a final Judgment and Order

24  closing this case.  All parties shall bear their own attorneys' fees and costs.

25

26

27  Dated: 2/5/13_____     By:_____
                                             Judge of the U.S. District Court

28  cc: timg@thegallaghergroup.com

PARKER MILLIKEN
CLARK O'HARA &
SAMUELIAN, A
PROFESSIONAL
CORPORATION

406257